UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JEFFREY McCORMICK,

    Petitioner,

v.

RON DAVIS, Warden,

    Respondent.

Case No. 5:19-cv-00757-RSWL (JDE)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition, Respondent's Motion to Dismiss the Petition ("Motion to Dismiss"), Petitioner's Opposition to the Motion to Dismiss, the Report and Recommendation ("R&R") of the United States Magistrate Judge, and the Objections to the R&R filed by Petitioner. Having engaged in a de novo review of those portions of the R&R to which objections have been made, the Court concurs with and accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that:

    1. Respondent's Motion to Dismiss (Dkt. 6) is GRANTED; and

2. Judgment shall be entered dismissing this action with prejudice.

Dated: August 29, 2019

/s/ RONALD S.W. LEW
RONALD S. W. LEW
United States District Judge