JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY McCORMICK,<br><br>          Petitioner,<br><br>          v.<br><br>RON DAVIS, Warden,<br><br>          Respondent. | Case No. 5:19-cv-00757-RSWL (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 29, 2019

                                        /s/RONALD S.W. LEW
                                        RONALD S. W. LEW
                                        United States District Judge